**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0907-18T3

ROBERT J. TRIFFIN,

     Plaintiff-Appellant,

v.

GREGG GEORGE RALSTON,

     Defendant-Respondent,

and

DAVID KLINGER,

     Defendant.

_____

          Argued November 13, 2019 – Decided December 9, 2019

          Before Judges Fisher and Accurso.

          On appeal from the Superior Court of New Jersey, Law Division, Camden County, Docket No. DC-004943-18.

          Robert J. Triffin, appellant, argued the cause pro se.

          Respondent has not filed a brief.

PER CURIAM

Appellant having filed a request to withdraw his appeal with prejudice and without costs to any party, the appeal is hereby dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-0907-18T3